UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                              PLAINTIFF

v.                                         CASE NO. 2:24-CR-20002-001

JAMES ALLEN PRICE                                                                                                     DEFENDANT

### ORDER

The Court ADOPTS the report and recommendation (Doc. 28) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 8th day of March 2024.

*/s/ P. K. Holmes III*
P.K. HOLMES III
U.S. DISTRICT JUDGE